939 A.2d 225

IN THE MATTER OF HARRY J. LEVIN, AN ATTORNEY
AT LAW. (ATTORNEY NO. 020331983).

January 23, 2008.

## ORDER

The Disciplinary Review Board having filed with the Court its decision in DRB 07–132, concluding that **HARRY J. LEVIN of TOMS RIVER,** who was admitted to the bar of this State in 1983, should be reprimanded for violating *RPC* 3.2 (an attorney shall treat with courtesy and consideration all persons involved in the legal process) and *RPC* 8.4(d) (conduct prejudicial to the administration of justice);

And **HARRY J. LEVIN** having filed a petition for review of the decision of the Disciplinary Review Board pursuant to *Rule* 1:20–16(b);

And good cause appearing;

It is ORDERED that respondent's petition for review is granted; and it is further

ORDERED that the Court having determined that the formal complaint fails to satisfy the requirements of *Rule* 1:20–4(b) in respect of the violation of *RPC* 3.2, the Board's determination in that regard is hereby vacated; and it is further

ORDERED that for his violation of *RPC* 8.4(d), **HARRY J. LEVIN** is hereby admonished; and it is further

ORDERED that the entire record of this matter be made a permanent part of respondent's file as an attorney at law of this State; and it is further

ORDERED that respondent reimburse the Disciplinary Oversight Committee for appropriate administrative costs and actual expenses incurred in the prosecution of this matter, as provided in *Rule* 1:20–17.